AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ASPEN, MARVIN E | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>06/27/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT J | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>219 SOUTH DEARBORN STREET<br>ROOM 2578<br>CHICAGO, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. AMERICAN BAR ASSOCIATION/AMERICAN BAR ASSOCIATION RETIREMENT FUNDS | HOUSE OF DELEGATES/TRUSTEE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 JUN 29 A 11:16
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ASPEN, MARVIN E | 06/27/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | STATE OF ILLINOIS (PENSION) | $ 19,964.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | ███████████ (Salary) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | Travel-related expenses/coach air; hotel; meals |
| 2. | 1/6-8 (Key Biscayne/Miami, FL) |
| 3. | 2/10-12 (Salt Lake City, Utah) |
| 4. | 2/17-19 (Rancho Mirage, CA) |
| 5. | 2/28-3/5 (Kona, HI) |
| 6. | 6/09-11/05 (Charlottesville, VA) |
| 7. | 6/23-25 (Quebec City, Canada) |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| ASPEN, MARVIN E | 06/27/2006 |

8.                                                    9/7-10 (Whistler, British Columbia, Canada)

9.                                                    11/30-12/3 (Santa Fe, NM)

10. NATIONAL CENTER FOR COURTS AND MEDIA            10/9-11 (Reno, NV)
(University of Nevada)

11.                                                   12/4-5 (Washington, DC)

12.

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| ASPEN, MARVIN E | 06/27/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| ASPEN, MARVIN E | 06/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ASPEN, MARVIN E | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J. P. MORGAN CHASE, formerly Bank One | A | Interest | L | T | | | | | |
| 2. FIRST BANK OF HIGHLAND PARK (CHECKING ACCT) | A | Interest | J | T | | | | | |
| 3. AMERICAN TELEPHONE & TELEGRAPH CO. (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 4. EXXON MOBIL CORPORATION (COMMON STOCK) | B | Div | L | T | | | | | |
| 5. PACIFIC GAS & ELECTRIC CO. (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6. PFIZER, INC. (COMMON STOCK) | C | Div | M | T | | | | | |
| 7. R.J. REYNOLDS-NABISCO CO. (COMMON STOCK) | A | Div | J | T | | | | | |
| 8. COMMERCIAL BUILDING, NORTHBROOK, IL (LTD PTNRSHP) | D | Dividend | L | U | | | | | |
| 9. SBC COMMUNICATIONS (COMMON STOCK) | B | Div | K | T | | | | | |
| 10. BELL SOUTHERN (COMMON STOCK) | B | Div | K | T | | | | | |
| 11. I.D.S. FINANCIAL SERVICES (*MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 12. BSV (LIMITED PARTNERSHIP) | F | Dividend | L | U | | | | | |
| 13. MICROSOFT CORP. | A | Dividend | J | T | | | | | |
| 14. NASDAQ 100 TRUST SERI | A | Dividend | J | T | | | | | |
| 15. MANUAL FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 16. AXP SELECTIVE FUND | A | Dividend | J | T | SOLD | 3/21 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ASPEN, MARVIN E | 06/27/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ASPEN, MARVIN E | 06/27/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____ 6/27/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544